No. 3190. MAZARREDO ET AL., APPELLANTS, *v.* GARCÍA ET AL., APPELLEES.—District Court of Aguadilla. Decided December 18, 1923. No bill of exceptions, statement of the case, or transcript of the evidence having been filed, the motion was sustained and the appeal dismissed.

No. 3159. SUCCESSORS OF GILET & ARCE, LTD., APPELLEES, *v.* VÁZQUEZ, APPELLANT.—No.—3160. SUCCESSORS OF COSIO & PRIMO, LTD., APPELLEES, *v.* VÁZQUEZ, APPELLANT.—District Court of Ponce. Decided December 18, 1923. The transcript of the record having been filed in the Supreme Court on September 20, 1923, and it appearing that the appellants have not filed their brief within the time allowed by the rules or asked for an extension, the motion was sustained and the appeal dismissed.

No. 3197. TORRES, APPELLANT, *v.* AMERICAN RAILROAD COMPANY OF PORTO RICO, APPELLEE.—District Court of Ponce. Decided December 21, 1923. Appeal dismissed for the reasons stated in *Successors of Sanders, Philippi & Co., Ltd.,* v. *Rivera,* 28 P. R. R. 901, and *Pagán et al.* v. *Pagán,* 32 P. R. R. 589.

No. 3204. PIÑERO, APPELLEE *v.* VÁZQUEZ, APPELLANT.—Second District Court of San Juan. Decided December 21, 1923. It appearing that the judgment of eviction of November 20, 1923, was appealed from on the 26th of the same month without a deposit being made of the rent due, the motion was sustained and the appeal dismissed.